**Order entered June 8, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00354-CR

**PRAKASH POORNAN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

### On Appeal from the County Court at Law No 7
### Bexar County, Texas
### Trial Court Cause No. 512034

## ORDER

Appellant's brief was due May 3, 2018. When it was not filed, we notified appellant by postcard dated May 7, 2018, and instructed him to file his brief and a motion to extend time to file the brief by May 17, 2018. To date, no brief or motion has been filed, and we have had no communication from appellant.

Therefore, we **ORDER** the trial court to conduct a hearing to determine why appellant's brief has not been filed. In this regard, the trial court shall make appropriate findings and recommendations and determine whether appellant desires to prosecute this appeal or whether appellant has abandoned the appeal. *See* TEX. R. APP. P. 38.8(b). If the trial court cannot obtain appellant's presence at the hearing, the trial court shall conduct the hearing in appellant's absence. *See Meza v. State*, 742 S.W.2d 708 (Tex. App.–Corpus Christi 1987, no pet.) (per

curiam).  If appellant is indigent, the trial court is **ORDERED** to take such measures as may be necessary to assure effective representation, which may include appointment of new counsel.

We **ORDER** the trial court to transmit a record of the proceedings, which shall include written findings and recommendations, to this Court within **THIRTY DAYS** of the date of this order.

We **DIRECT** the Clerk to send a copy of this order to Judge Genie Wright, Presiding Judge, County Court at Law No. 7, Bexar County; to retained counsel Paul Saputo; and to Jay Brandon, Assistant District Attorney, Bexar County.

This appeal is **ABATED** to allow the trial court to comply with the above order.  The appeal shall be reinstated thirty days from the date of this order or when the findings are received, whichever is earlier.


/s/     LANA MYERS
        JUSTICE